UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **John Colt Landreth,** )<br>)<br>       **Plaintiff,** )<br>)<br>vs. )<br>)<br>**Keith R. Leigh, Pool, Leigh & Kopko,** )<br>**P.C. (formerly known as Pool & Leigh,** )<br>**P.C.), an Illinois professional** )<br>**corporation, Robert M. Eschbach,** )<br>**and the City of Ottawa, Illinois,** )<br>**a municipal corporation,** )<br>)<br>       **Defendants.** ) | Civil Action No. 08 CV 1654 |

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, certifies that she served the following document:

- *Notice of Lawsuit and Request for Waiver of Service of Summons*

accompanied by a copy of the Complaint, two copies of the prescribed Waiver of Service of Summons form, and a postage pre-paid envelope for returning the Waiver form

on **Shelly Munks**, City Clerk, for the City of Ottawa, Illinois by mailing said Notice and the accompanying papers to her at City Hall, 301 W. Madison Street, Ottawa, Illinois 61350, on March 26, 2008, by U.S. First Class Mail at Ottawa, Illinois before the hour of 5:00 P.M.

*(signed)* Jennifer A. Peddicord
Jennifer A. Peddicord

Subscribed and sworn to before
me on March 26, 2008.

*(signed)*
Notary Public

"OFFICIAL SEAL"
BECKY L. BERRY
Notary Public, State of Illinois
My Commission Expires 09/20/11

Richard J. Berry – ARDC No. 198269
MYERS, BERRY, O'CONOR & KUZMA, LTD.
130 East Madison Street
Ottawa, IL 61350
815-434-6206