UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **John Colt Landreth,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Keith R. Leigh, Pool, Leigh & Kopko,** )<br>**P.C. (formerly known as Pool & Leigh,** )<br>**P.C.), an Illinois professional** )<br>**corporation, Robert M. Eschbach,** )<br>**and the City of Ottawa, Illinois,** )<br>**a municipal corporation,** )<br>)<br>**Defendants.** ) | Civil Action No. 08 CV 1654 |

### CERTIFICATE OF SERVICE

The undersigned, a non-attorney, certifies that she served the following document:

- *Notice of Lawsuit and Request for Waiver of Service of Summons*

accompanied by a copy of the Complaint, two copies of the prescribed Waiver of Service of Summons form, and a postage pre-paid envelope for returning the Waiver form

on **Anita M. Kopko**, agent or officer of Pool, Leigh & Kopko, P.C. by mailing said Notice and the accompanying papers to her at the last known address of Pool, Leigh & Kopko, P.C., 628 Columbus Street, Ottawa, Illinois 61350, on March 26, 2008, by U.S. First Class Mail at Ottawa, Illinois before the hour of 5:00 P.M.

*Jennifer A. Peddicord*
Jennifer A. Peddicord

Subscribed and sworn to before
me on March 26, 2008.

_____
Notary Public

"OFFICIAL SEAL"
BECKY L. BERRY
Notary Public, State of Illinois
My Commission Expires 09/20/11

Richard J. Berry – ARDC No. 198269
MYERS, BERRY, O'CONOR & KUZMA, LTD.
130 East Madison Street
Ottawa, IL 61350
815-434-6206