90/08-5838.DW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN COLT LANDRETH, | ) |
| Plaintiff, | ) |
| v. | ) |
| KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, | ) NO. 08-C-01654 <br> ) <br> ) JUDGE NORGLE <br> ) |
| Defendants. | ) MAGISTRATE SCHENKIER |

**DEFENDANTS' MOTION TO DISMISS**

NOW COME the Defendants, KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, by and through one of their attorneys, William W. Kurnik, and, pursuant to F.R.Civ.P. 12(b)(6), moves to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief may be granted. In support, the undersigned submits the following:

1.    The Plaintiff, John Colt Landreth, who was a consultant employed by the City of Ottawa seeks recovery of damages against the City of Ottawa, Mayor Eschbach and Keith Leigh, the City attorney, and the law firm of Pool, Leigh & Kopko, Corporation Counsel, alleging that the Defendants owed him money under the consulting agreement.

2. The Plaintiff brings this action under 42 U.S.C. §1983 (alleging due process violations in Counts I and II) and there are pendant state claims for fraud and negligent misrepresentation (Counts III, IV, V, and VI).

3. Count I fails to state a cause of action because it fails to identify any violation of a underlying constitutional right, but only alleges that there was a "unconstitutional policy" of the City.

4. Count II fails to state a cause of action for violation of the Plaintiff's substantive due process rights because the underlying consulting agreement was null and void and cannot create any property rights.

5. This action is barred by principles of res judicata as the prior state court action for breach of contract arises out of the same set facts as the federal and state claims in this lawsuit.\

6. This action is barred by the one-year statute of limitations provision set forth in the Tort Immunity Act (745 ILCS 10/8-101) as the lawsuit was not timely filed.

7. The Defendants are entitled to immunity for the pendant state claims of fraud and negligent misrepresentation under various provisions of the Illinois Tort Immunity Act, including Sections 2-106 and 2-210, and the claims of fraud fail to state a cause of action because the Plaintiff cannot justifiably rely upon any alleged statements made by any municipal employees claiming that the contract was valid.

WHEREFORE, the Defendants, KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, respectfully request that this cause of action be dismissed in accordance with the foregoing.

Respectfully submitted by,

s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney I.D. #01550632
One of the attorneys for the Defendants
KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C.
(formerly known as POOL & LEIGH, P.C.), an
Illinois Professional Corporation, ROBERT M.
ESCHBACH, and THE CITY OF OTTAWA,
ILLINOIS, a Municipal Corporation

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on May 27, 2008, the foregoing ***DEFENDANTS' MOTION TO DISMISS*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: Richard J. Berry at rberry@mdbok.com and Misha Desai at mdesai@khkklaw.com.

s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney I.D. #01550632
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:   847-298-8000
Facsimile:   847-298-8014
E-Mail:      bkurnik@khkklaw.com

5838 MTD 08-05-20