
Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1654 | **DATE** | 5/29/2008 |
| **CASE TITLE** | JOHN COLT LANDRETH vs. KEITH R. LEIGH | | |

**DOCKET ENTRY TEXT**

*Enter Agreed Order.*

■ *[ For further detail see separate order(s).]*

*Docketing to mail notices.*

| | Courtroom Deputy Initials: | EF |
|---|---|---|