MHN

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| John Colt Landreth, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Keith R. Leigh, Pool, Leigh & Kopko, )<br>P.C. (formerly known as Pool & Leigh, )<br>P.C.), an Illinois professional )<br>corporation, Robert M. Eschbach, )<br>and the City of Ottawa, Illinois, )<br>a municipal corporation, )<br>)<br>Defendants. ) | Civil Action No. 08-CV-01654<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Sidney I. Schenkier |

## AGREED ORDER

THE PARTIES HAVING AGREED to a briefing schedule on defendants' Motion to Dismiss, IT IS ORDERED:

1. That plaintiff shall have until July 18, 2008 within which to file and serve a brief in response to defendants' Motion to Dismiss.

2. That defendants shall have until August 1, 2008 within which to file and serve a reply brief.

3. Hearing on the ~~Motion to~~ Dismiss is set for _____, 2008 at _____ __.M.

Enter: May 29, 2008

_____
Judge of the United States District Court
Northern District of Illinois