UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **John Colt Landreth,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  08-CV-01654 |
| | ) | |
| **Keith R. Leigh,  Pool, Leigh & Kopko,** | ) | |
| **P.C. (formerly known as Pool & Leigh,** | ) | **Judge Charles R. Norgle** |
| **P.C.), an Illinois professional** | ) | |
| **corporation,   Robert M. Eschbach,** | ) | **Magistrate Judge Sidney I. Schenkier** |
| **and the City of Ottawa, Illinois,** | ) | |
| **a municipal corporation,** | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION PURSUANT TO LOCAL RULE 7.1
SEEKING PRIOR COURT APPROVAL FOR BRIEF TO EXCEED 15 PAGES**

Pursuant to LR 7.1, plaintiff, **John Colt Landreth**, by his attorneys, Myers, Berry, O'Conor & Kuzma, Ltd., moves for the entry of an order permitting his brief (in response to the defendants' Motion to Dismiss) to exceed 15 pages.

        **John Colt Landreth**, Plaintiff

        By:    s/ Richard J. Berry

            Richard J. Berry ARDC #198269
            Member of Trial Bar
            MYERS, BERRY, O'CONOR & KUZMA, LTD.
            130 East Madison Street
            Ottawa, IL 61350
            E-mail address: rberry@mdbok.com
            Tel.  815-434-6206

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on July 16, 2008, the foregoing **Motion Pursuant to Local Rule 7.1 Seeking Prior Court Approval for Brief to Exceed 15 Pages** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: William W. Kurnik at bkurnik@khkklaw.com and Misha Desai at mdesai@khkklaw.com.

s/ Richard J. Berry

Richard J. Berry ARDC #198269
Member of Trial Bar
MYERS, BERRY, O'CONOR & KUZMA, LTD.
130 East Madison Street
Ottawa, IL 61350
E-mail address: rberry@mdbok.com
Tel. 815-434-6206