UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **John Colt Landreth,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-01654 |
| | ) | |
| **Keith R. Leigh, Pool, Leigh & Kopko,** | ) | |
| **P.C. (formerly known as Pool & Leigh,** | ) | **Judge Charles R. Norgle** |
| **P.C.), an Illinois professional** | ) | |
| **corporation, Robert M. Eschbach,** | ) | **Magistrate Judge Sidney I. Schenkier** |
| **and the City of Ottawa, Illinois,** | ) | |
| **a municipal corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 18, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Charles R. Norgle**, or any judge sitting in his stead in Courtroom 2341 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached motion:

**Motion Pursuant to Local Rule 7.1**
**Seeking Prior Court Approval for Brief to Exceed 15 Pages**

A copy of such motion is attached hereto and herewith served upon you.

**John Colt Landreth**, Plaintiff

By:   s/ Richard J. Berry

Richard J. Berry ARDC #198269
Member of Trial Bar
MYERS, BERRY, O'CONOR & KUZMA, LTD.
130 East Madison Street
Ottawa, IL 61350
E-mail address: rberry@mdbok.com
Tel. 815-434-6206

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on July 16, 2008, the foregoing **Notice of Motion** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: William W. Kurnik at bkurnik@khkklaw.com and Misha Desai at mdesai@khkklaw.com.

       s/ Richard J. Berry

       Richard J. Berry ARDC #198269
       Member of Trial Bar
       MYERS, BERRY, O'CONOR & KUZMA, LTD.
       130 East Madison Street
       Ottawa, IL 61350
       E-mail address: rberry@mdbok.com
       Tel. 815-434-6206