UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

John Colt Landreth
                      Plaintiff,

v.                                                   Case No.: 1:08−cv−01654
                                                      Honorable Charles R. Norgle Sr.

Keith R Leigh, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion Pursuant to Local Rule 7.1 Seeking Prior Court Approvl for Brief to Exceed 15 Pages [24] is granted. The July 18, 2008 notice of motion hearing date is stricken. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.