90/08-5838.DW / kjs

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN COLT LANDRETH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, | ) ) ) ) ) ) ) ) | NO. 08-C-01654<br><br>JUDGE NORGLE |
| Defendants. | ) ) | MAGISTRATE SCHENKIER |

**MOTION OF DEFENDANTS FOR LEAVE TO FILE**
**AMENDMENT TO THEIR MOTION TO DISMISS**

NOW COME the Defendants, KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, by and through one of their attorneys, WILLIAM W. KURNIK, and request leave of Court to file an amendment to their motion to dismiss and supporting memorandum and to reset the current briefing schedule on Defendants' motion to dismiss. In support, the undersigned submits the following:

1. On May 27, 2008, the Defendants filed their motion to dismiss and supporting memorandum.

2.  On June 18, 2008, the Seventh Circuit decided *Taake v. County of Monroe*, 530 F.3d 538 (7th Cir. 2008), which holds that the Court does not have subject matter jurisdiction over a Section 1983 due process claim which is essentially a claim for breach of contract.

3.  In their motion to dismiss, the Defendants did not raise lack of subject matter jurisdiction and request leave of Court to file an amendment to their motion to dismiss or an amended motion to dismiss adding lack of subject matter jurisdiction as a basis for dismissing this action in which the only claim under Section 1983 is a due process claim which the Defendants maintain is nothing more than a breach of contract claim.

4.  The Defendants also request leave of Court to submit a supplemental memorandum of law addressing only the jurisdictional issue, allow the Plaintiff time to respond only to the jurisdictional issue, as the Plaintiff has already filed his response memorandum, and thereafter allow the Defendants time to file their reply memorandum addressing all issues.

WHEREFORE, the Defendants, KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, respectfully request the relief prayed for above.

Respectfully submitted by,

s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney I.D. #01550632
One of the attorneys for the Defendants
KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C.
(formerly known as POOL & LEIGH, P.C.), an
Illinois Professional Corporation, ROBERT M.
ESCHBACH, and THE CITY OF OTTAWA,
ILLINOIS, a Municipal Corporation

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on July 24, 2008, the foregoing ***MOTION OF DEFENDANTS FOR LEAVE TO FILE AMENDMENT TO THEIR MOTION TO DISMISS*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: Richard J. Berry at rberry@mdbok.com and Misha Desai at mdesai@khkklaw.com.

                                              s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney I.D. #01550632
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:    847-298-8000
Facsimile:    847-298-8014
E-Mail:    bkurnik@khkklaw.com

5838 MLF Amend to MTD 08-07-24