90/08-5838.DW / kjs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN COLT LANDRETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEITH R. LEIGH, POOL, LEIGH & KOPKO, | ) NO. 08-C-01654 |
| P.C. (formerly known as POOL & LEIGH, | ) |
| P.C.), an Illinois Professional Corporation, | ) |
| ROBERT M. ESCHBACH, and THE CITY | ) JUDGE NORGLE |
| OF OTTAWA, ILLINOIS, a Municipal | ) |
| Corporation, | ) |
| | ) |
| Defendants. | ) MAGISTRATE SCHENKIER |

## NOTICE OF MOTION

**TO:   Richard J. Berry at rberry@mdbok.com and Misha Desai at mdesai@khkklaw.com**

PLEASE TAKE NOTICE that on August 1, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead in Courtroom 2341 usually occupied by her at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached: *MOTION OF DEFENDANTS FOR LEAVE TO FILE AMENDMENT TO THEIR MOTION TO DISMISS*. A copy of such pleading is attached hereto and herewith served upon you.

s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney I.D. #01550632
One of the attorneys for All Defendants
KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C.
(formerly known as POOL & LEIGH, P.C.), an
Illinois Professional Corporation, ROBERT M.
ESCHBACH, and THE CITY OF OTTAWA,
ILLINOIS, a Municipal Corporation

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on May 27, 2008, the foregoing ***NOTICE OF MOTION*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: Richard J. Berry at rberry@mdbok.com and Misha Desai at mdesai@khkklaw.com.

        s/ William W. Kurnik
        WILLIAM W. KURNIK, Attorney I.D. #01550632
        One of the Attorneys for Defendants
        KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C.
        (formerly known as POOL & LEIGH, P.C.), an
        Illinois Professional Corporation, ROBERT M.
        ESCHBACH, and THE CITY OF OTTAWA,
        ILLINOIS, a Municipal Corporation

        KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
        2860 River Road, Suite 400
        Des Plaines, IL 60018-6009
        Telephone:   847-298-8000
        Facsimile:    847-298-8014
        E-Mail:       bkurnik@khkklaw.com

5838 NOM, MLF 08-07-24