90/08-5838.DW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN COLT LANDRETH, Plaintiff, v. KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, Defendants. | NO. 08 C 01654 JUDGE NORGLE MAGISTRATE SCHENKIER |

## DEFENDANTS' AMENDMENT OF THE MOTION TO DISMISS

NOW COME the Defendants, KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, by and through one of their attorneys, WILLIAM W. KURNIK, and, pursuant to F.R.Civ.P. 12(b)(1) and/or F.R.Civ.P. 12(b)(6), move to dismiss the Plaintiff's Complaint for lack of jurisdiction over the subject matter and/or failure to state a claim upon which relief may be granted. In support, the undersigned submits the following:

1. On May 27, 2008, Defendants filed their motion to dismiss and supporting memorandum, which did not raise the issue of lack of subject matter jurisdiction.

2. On July 18, 2008, Plaintiff filed his response in opposition to Defendants motion to Dismiss and supporting memorandum, which did not raise the issue of lack of subject matter jurisdiction.

3. On June 18, 2008, the Seventh Circuit decided Taake v. County of Monroe, ____ F.3d ____, 2008 WL 2457619 (7th Cir. 2008), which holds that the Court does not have subject matter jurisdiction over a Section 1983 due process claim that is essentially a claim for breach of contract.

4. In this action, Plaintiff's Section 1983 due process claim is nothing more than a state law breach of contract claim.

5. Based on *Taake*, this action should be dismissed because the Court lacks subject matter jurisdiction over state law contract claims.

6. The grounds for this Motion are more specifically explained in the accompanying Memorandum.

WHEREFORE, the Defendants, KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C. (formerly known as POOL & LEIGH, P.C.), an Illinois Professional Corporation, ROBERT M. ESCHBACH, and THE CITY OF OTTAWA, ILLINOIS, a Municipal Corporation, respectfully request that this cause of action be dismissed in accordance with the foregoing.

Respectfully submitted by,

s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney I.D. #01550632
One of the attorneys for the Defendants
KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C.
(formerly known as POOL & LEIGH, P.C.), an
Illinois Professional Corporation, ROBERT M.
ESCHBACH, and THE CITY OF OTTAWA,
ILLINOIS, a Municipal Corporation

CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on August 15, 2008, the foregoing **DEFENDANTS' AMENDMENT OF THE MOTION TO DISMISS** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

- **Richard J. Berry**
  rberry@mdbok.com

- **Misha Desai**
  mdesai@khkklaw.com

- **William W. Kurnik**
  bkurnik@khkklaw.com

s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney I.D. #01550632
One of the attorneys for the Defendants
KEITH R. LEIGH, POOL, LEIGH & KOPKO, P.C.
(formerly known as POOL & LEIGH, P.C.), an
Illinois Professional Corporation, ROBERT M.
ESCHBACH, and THE CITY OF OTTAWA,
ILLINOIS, a Municipal Corporation,

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:　847-298-8000
Facsimile:　847-298-8014
E-Mail:　　　BKurnik@khkklaw.com

5838 Mtn Amended in Support of MTD